**Ruth Ann Hohl Law Office**

P.O. Box 109
New Albany, Ohio 43054

| Phone # | (614) 775-0296 |
|---|---|
| Fax # | (614) 775-6192 |

rhohl3103@wowway.com

**Bill To**

Bell, Terrence and Megan
8481 Winchester Rd.
Carroll, OH 43112

**Invoice #**

375

**Date**

11/18/2011

| Item | Quantity | Description | Rate | Amount |
|---|---|---|---|---|
| Time D | 1 | 8-17-11  Prepared for meeting to discuss financial problems. | 235.00 | 235.00 |
| Time D | 2.7 | 8-18-11  Meeting with clients to discuss financial problems and bankruptcy options. | 235.00 | 634.50 |
| Time D | 0.4 | 8-18-11  Prepared engagement letter. | 235.00 | 94.00 |
| Time D | 3.6 | 8-18-11  Prepared draft of chapter 13 schedules (1.5).  Prepared means test spreadsheets (1.0).  Reviewed clients' documents and pleadings from prior cases (.7).  Sent three e-mails to clients requesting additional information (.4). | 235.00 | 846.00 |
| Time D | 1 | 8-19-11  Telephone conference with Megan regarding budget, ethical and prior case issues. | 235.00 | 235.00 |
| Time D | 0.3 | 8-19-11  Sent draft of Schedules I and J with spreadsheets to clients to review with an explanation. | 235.00 | 70.50 |
| Time D | 1 | 8-19-11  Prepared letter to clients regarding potential legal claim and ethical issues. | 235.00 | 235.00 |
| Time D | 0.5 | 8-19-11  Revised draft of bankruptcy schedules to add creditors. | 235.00 | 117.50 |
| Time D | 0.3 | 8-19-11  E-mailed draft of bankruptcy schedules to client to review with instructions. | 235.00 | 70.50 |
| Time D | 3 | 8-21-11  Prepared Motion to Impose Automatic Stay (2.0).  Two telephone conferences with Megan regarding facts for motion and affidavits (1.0). | 235.00 | 705.00 |
| Time D | 1.5 | 8-22-11  Revised draft of Motion to Impose Stay (.6).  Telephone conference with Megan regarding Motion and affidavits (.4).  Prepared affidavits for both debtors (.5). | 235.00 | 352.50 |
| Time D | 0.6 | 8-22-11  Prepared draft of chapter 13 plan. | 235.00 | 141.00 |
| Time D | 0.2 | 8-23-11  Reviewed and responded to Megan's three e-mails regarding Motion to Impose Stay and affidavits. | 235.00 | 47.00 |
| Time D | 0.5 | 8-24-11  Prepared for meeting with clients to review and sign bankruptcy papers. | 235.00 | 117.50 |
| Time D | 0.2 | 8-24-11  Prepared wage order. | 235.00 | 47.00 |
| Time D | 1 | 8-24-11  Meeting with clients to review and sign bankruptcy schedules and chapter 13 plan. | 235.00 | 235.00 |
| Time D | 0.1 | 8-24-11  Letter to clients regarding filing of case and enclosing documents filed for their records. | 235.00 | 23.50 |
| Copies | 144 | | 0.25 | 36.00 |
| Postage | 36 | | 0.44 | 15.84 |
| Fax | 3 | | 2.00 | 6.00 |
| Time D | 0.3 | 8-25-11  Letter to AUST, M. Wilsbacher, regarding clients' prior chapter 13 cases and concerns (no charge) | 0.00 | 0.00 |
| Time D | 0.2 | 8-25-11  Follow up e-mail to M. Wilsbacher regarding clients' prior cases and answering her questions (no charge). | | 0.00 |
| Time D | 0.3 | 8-25-11  Telephone conference with client regarding 9/19/11 hearing and preparing to testify at same. | 235.00 | 70.50 |
| Time D | 0.2 | 8-25-11  E-mail to Marje at chapter 13 office regarding prior chapter 13 case and problems with same. | 235.00 | 47.00 |
| Time D | 1 | 8-25-11  Reviewed docket and documents filed in prior cases (.5).  Two telephone conferences with Megan regarding hearing and information needed from her to testify (.5). | 235.00 | 235.00 |
| Time D | 0.1 | 8-29-11  Review and responded to Megan's e-mail request. | 235.00 | 23.50 |
| Time D | 0.3 | 8-29-11  Letter to clients regarding dates and times of meetings and hearings with instructions. | 235.00 | 70.50 |
| Time D | 0.2 | 8-29-11  Letter to chapter 13 trustee enclosing pay advices and tax return;  cc:  UST. | 235.00 | 47.00 |
| Copies | 15 | | 0.25 | 3.75 |
| Postage | 1 | | 0.64 | 0.64 |
| Postage | 1 | | 0.88 | 0.88 |
| Time D | 0.5 | 8-30-11  Reviewed timeline of events in second bankruptcy case and e-mailed comments to client. | 235.00 | 117.50 |
| Time D | 0.3 | 8-30-11  Two telephone conferences with Megan and Terry regarding information needed for 9-18-11 hearing. | 235.00 | 70.50 |
| Time D | 0.2 | 8-31-11  Letter to clients regarding 9-19-11 hearing and preparation for same. | 235.00 | 47.00 |
| Time D | 0.2 | 9-15-11  Telephone conference with Megan regarding payroll deduction issues (.1).  Telephone call to Cracker Barrel payroll to fix issue (.1). | 235.00 | 47.00 |

**Total**

**Payments/Credits**

**Balance Due**

| | | | | |
|---|---|---|---|---|
| **Ruth Ann Hohl Law Office** | | **Bill To** | | **Invoice #** |
| P.O. Box 109 | | Bell, Terrence and Megan | | 375 |
| New Albany, Ohio 43054 | | 8481 Winchester Rd. | | |
| | | Carroll, OH 43112 | | **Date** |
| Phone # | (614) 775-0296 | | | 11/18/2011 |
| Fax # | (614) 775-6192 | | | |
| rhohl3103@wowway.com | | | | |

| Item | Quantity | Description | Rate | Amount |
|---|---|---|---|---|
| Time D | 2.5 | 9-19-11  Meeting with clients to prepare for hearing on Motion to Impose Stay (1.5).  Attended hearing on Motion to Impose Stay (1.0). | 235.00 | 587.50 |
| Time D | 0.2 | 9-19-11  Prepared Order imposing automatic stay. | 235.00 | 47.00 |
| Time D | 1.7 | 9-20-11  Prepared affidavit of Megan Bell per Court order (1.5).  E-mailed affidavit to client with instructions (.2). | 235.00 | 399.50 |
| Time D | 0.2 | 9-21-11  Exchanged e-mails with Megan regarding Order imposing stay with advice. | 235.00 | 47.00 |
| Time D | 0.2 | 9-22-11  Letter to Chapter 13 Trustee regarding transferring money from 2nd chapter 13 case to 3rd chapter 13 case. | 235.00 | 47.00 |
| Fax | 2 | | 2.00 | 4.00 |
| Time D | 0.3 | 9-22-11  Reviewed pre-341 recommendations (.1).  Revised schedules B, C and SOFA per recommendations (.2). | 235.00 | 70.50 |
| Time D | 0.2 | 9-22-11  E-mailed amended documents to clients for review and signatures with explanations of the changes. | 235.00 | 47.00 |
| Time D | 0.4 | 9-23-11  Reviewed e-mail from Megan regarding changes to affidavit (.1).  Revised affidavit and sent back to Megan for review and signature (.3). | 235.00 | 94.00 |
| Time D | 0.1 | 9-23-11  Telephone call with Megan regarding monthly budget. | 235.00 | 23.50 |
| Time D | 0.1 | 9-23-11  Telephone call to R. Dodd at Cracker Barrel payroll regarding payment change to new trustee. | 235.00 | 23.50 |
| Fax | 2 | | 2.00 | 4.00 |
| Time D | 1 | 9-28-11  Prepared for and attended 341 meeting. | 235.00 | 235.00 |
| Parking | | | 5.00 | 5.00 |
| Time D | 0.2 | 9-29-11  Reviewed claim filed by Fairfield County Treasurer.  Reviewed county records for property taxes. | 235.00 | 47.00 |
| Time D | 0.1 | 9-29-11  Telephone conference with Megan regarding property tax claim and approach. | 235.00 | 23.50 |
| Time D | 1.2 | 10-3-11  Reviewed two claims filed by Fifth Third Bank (.2).  Calculated estimated amount owed on each lease claim (1.0). | 235.00 | 282.00 |
| Time D | 0.2 | 10-3-11  Telephone conference with Megan regarding Fifth Third's claims and update on property tax claim issues. | 235.00 | 47.00 |
| Time D | 0.1 | 10-3-11  Sent claim calculations to clients to review and approve. | 235.00 | 23.50 |
| Time D | 0.5 | 10-3-11  Prepared objections to claim #s 7 and 8 of Fifth Third Bank. | 235.00 | 117.50 |
| Time D | 0.1 | 10-4-11  Reviewed and responded to e-mail from county treasurer regarding its claim. | 235.00 | 23.50 |
| Copies | 4 | | 0.25 | 1.00 |
| Postage | 2 | | 0.44 | 0.88 |
| Time D | 0.4 | 10-6-11  Reviewed Bank of America's proof of claim for mortgage (.1).  Telephone conference with Megan regarding B of A's claim and mortgage issues (.2).  Telephone call to B of A's attorney, M. Krasovic (.1). | 235.00 | 94.00 |
| Time D | 0.2 | 10-6-11  Two Telephone conferences with client regarding status of mortgage loan payments. | 235.00 | 47.00 |
| Time D | 0.2 | 10-6-11  Telephone conference with Megan regarding status of mortgage and need to amend chapter 13 plan. | 235.00 | 47.00 |
| Time D | 1.4 | 10-6-11  Recalculated chapter 13 plan (.5).  Prepared amended plan (.5).  Telephone conference with Megan regarding plan changes (.2).  Send amended plan to clients to review and sign (.2). | 235.00 | 329.00 |
| Copies | 136 | | 0.25 | 34.00 |
| Postage | 30 | | 0.44 | 13.20 |
| Time D | 0.1 | 10-6-11  Prepared amended wage order to reflect change in chapter 13 trustee. | 235.00 | 23.50 |
| Time D | 0.2 | 10-11-11  Telephone conference with D. Thompson regarding Chapter 13 Trustee's objection to confirmation and resolution of same. | 235.00 | 47.00 |

| | |
|---|---|
| **Total** | |
| **Payments/Credits** | |
| **Balance Due** | |

| | Ruth Ann Hohl Law Office | | Bill To | | Invoice # | |
|---|---|---|---|---|---|---|
| | P.O. Box 109 | | Bell, Terrence and Megan | | 375 | |
| | New Albany, Ohio 43054 | | 8481 Winchester Rd. | | | |
| | | | Carroll, OH 43112 | | Date | |
| | Phone # | (614) 775-0296 | | | 11/18/2011 | |
| | Fax # | (614) 775-6192 | | | | |
| | rhohl3103@wowway.com | | | | | |

| Item | Quantity | Description | Rate | Amount |
|---|---|---|---|---|
| Time D | 0.1 | 10-12-11  Reviewed and responded to Megan's e-mail regarding Trustee's objection to confirmation and status of case. | 235.00 | 23.50 |
| Time D | 0.2 | 10-14-11  Reviewed 5/3rds Responses to claims objections (.1). Telephone call to attorney A. Gill's office regarding the vehicle lease claims (.1). | 235.00 | 47.00 |
| Time D | 0.1 | 10-23-11  Reviewed and responded to Megan's e-mail. | 235.00 | 23.50 |
| Time D | 0.2 | 10-27-11  Telephone conference with A. Gill regarding Fifth Third vehicle lease issues and Debtors' objection to those claims. | 235.00 | 47.00 |
| Time D | 0.1 | 10-31-11  E-mail to A. Gill requesting account statements for Fifth Third vehicle leases. | 235.00 | 23.50 |
| Time D | 0.1 | 10-31-11  Telephone conference with attorney M. Krasovic's office regarding error in Bank of America's proof of claim and need to correct same. | 235.00 | 23.50 |
| Time D | 0.1 | 10-31-11  Telephone conference with Jamie at M. Krasovic's office regarding error in B of A's claim. | 235.00 | 23.50 |
| Time D | 0.1 | 11-6-11  Reviewed and responded to Megan's e-mail. | 235.00 | 23.50 |
| Time D | 0.2 | 11-16-11  Reviewed amended proofs of claim filed by Fifth Third Leasing. | 235.00 | 47.00 |
| Time D | 0.3 | 11-16-11  Telephone conference with attorney, A. Gill, regarding Fifth Third Leasing's amended claims and debtors' position regarding lease payments and arrearage claims. | 235.00 | 70.50 |
| Time D | 0.6 | 11-18-11  Telephone conference with Megan regarding employment issues and approach to same. | 235.00 | 141.00 |
| Time D | 0.2 | 11-18-11  Letter to clients regarding order confirming plan and explaining same. | 235.00 | 47.00 |
| Time D | 0.2 | 11-18-11  Reviewed and responded to S. Weaver's e-mail regarding settlement of objection to Fifth Third's claims. | 235.00 | 47.00 |
| Time D | 0.5 | 11-18-11  Prepared application for additional fees. | 235.00 | 117.50 |

| | | |
|---|---|---|
| | Total | $8,585.19 |
| | Payments/Credits | $3,500.00 |
| | **Balance Due** | $5,085.19 |