## Ruth Ann Hohl Law Office

P.O. Box 109
New Albany, Ohio 43054

| Phone # | (614) 775-0296 |
|---|---|
| Fax # | (614) 775-6192 |

rhohl3103@wowway.com

**Bill To**

Bell, Terrence and Megan
8481 Winchester Rd.
Carroll, OH 43112

**Invoice #**: 400
**Date**: 4/17/2012

| Item | Quantity | Description | Rate | Amount |
|---|---|---|---|---|
| Copies | 54 | | 0.25 | 13.50 |
| Postage | 27 | | 0.44 | 11.88 |
| Time D | 0.2 | 11-29-11  Prepared withdrawals of objections to claim #s 7 and 8. | 235.00 | 47.00 |
| Time D | 0.1 | 12-6-11  Telephone conference with Megan regarding employment and plan payment issues. | 235.00 | 23.50 |
| Time D | 0.6 | 12-10-11  Telephone conference with Megan regarding Sidner and Floyd's responses to UST's motion (no charge). | 0.00 | 0.00 |
| Time D | 0.6 | 12-14-11  Telephone conference with attorney, R. Washburn, regarding Megan's employment and bankruptcy issues. | 235.00 | 141.00 |
| Time D | 0.3 | 12-14-11  Telephone conference with Megan regarding employment and chapter 13 plan issues. | 235.00 | 70.50 |
| Time D | 0.5 | 12-15-11  Telephone conference with Megan regarding UST meeting and hearing issues (no charge). | 0.00 | 0.00 |
| Time D | 0.1 | 12-23-11  Telephone conference with Megan regarding objection to HSBC claim. | 235.00 | 23.50 |
| Time D | 0.3 | 12-23-11  Prepared objection to HSBC claim. | 235.00 | 70.50 |
| Copies | 4 | | 0.25 | 1.00 |
| Postage | 1 | | 0.44 | 0.44 |
| Time D | 1.5 | 12-30-11  Reviewed claims | 235.00 | 352.50 |
| Copies | 85 | | 0.25 | 21.25 |
| Time D | 0.2 | 12-30-11  Letter to clients regarding claims review. | 235.00 | 47.00 |
| Time D | 0.2 | 1-1-12  Reviewed and responded to Megan's e-mailed questions regarding claims issues. | 235.00 | 47.00 |
| Time D | 0.3 | 1-2-12  Telephone conference with Megan regarding plan amendment issues. | 235.00 | 70.50 |
| Time D | 1.5 | 1-5-12  Meeting with Larry Hackett and clients regarding 1/13/12 hearing issues and Megan's testimony (no charge) | 0.00 | 0.00 |
| Time D | 1 | 1-13-12  Attended Show Cause and Motion to Disgorge Fees hearing (no charge). | 0.00 | 0.00 |
| Time D | 0.1 | 1-24-12  Telephone call from Terry regarding Megan's employment issues and chapter 13 payments. | 235.00 | 23.50 |
| Time D | 0.4 | 1-27-12  Telephone call from Megan regarding her new employment and information needed to amend her chapter 13 plan. | 235.00 | 94.00 |
| Time D | 0.3 | 2-1-12  E-mail to clients with February plan payment reminder. | 235.00 | 70.50 |
| Time D | 0.2 | 2-3-12  Prepared Order on objection to HSBC claim. | 235.00 | 47.00 |
| Time D | 0.5 | 2-12-12  Telephone conference with Megan regarding tax and post-petition debt issues (1 hour). | 235.00 | 117.50 |
| Time D | 0.5 | 2-17-12  Telephone conference with Rob Washburn regarding client's employment and chapter 13 issues. | 235.00 | 117.50 |
| Time D | 0.2 | 2-17-12  Telephone conference with attorneys, Sue Porter and Dan Anderson, regarding chapter 13 issues and Casto matter. | 235.00 | 47.00 |
| Time D | 0.5 | 2-17-12  Telephone conference with Terry regarding bankruptcy issues, amending plan and employment concerns. | 235.00 | 117.50 |
| Time D | 0.2 | 2-22-12  Reviewed and responded to attorney, Erica Probst's, e-mails. | 235.00 | 47.00 |
| Time D | 1.2 | 3-6-12  Reviewed Megan and Terry's payroll information (.3).  Revised Schedule I (.4).  Two e-mails to clients regarding revisions and possible amending of chapter 13 plan (.5). | 235.00 | 282.00 |
| Time D | 0.4 | 3-9-12  Telephone call from Terry regarding employment and debt issues. | 235.00 | 94.00 |
| Time D | 0.5 | 3-13-12  Telephone conference with Megan regarding monthly budget and tax issues. | 235.00 | 117.50 |
| Time D | 0.1 | 3-16-12  Exchanged e-mails with Megan regarding 2011 tax issues and payment from attorney Floyd. | 235.00 | 23.50 |
| Time D | 0.1 | 3-19-12  E-mailed AUSA, B. Hamilton, regarding IRS claim for 2011 tax liability. | 235.00 | 23.50 |
| Time D | 0.1 | 3-21-12  E-mail to clients regarding IRS claim. | 235.00 | 23.50 |
| Time F | 0.4 | 4-17-12  Prepared application for fees. | 250.00 | 100.00 |
| Copies | 54 | | 0.25 | 13.50 |
| Postage | 27 | | 0.45 | 12.15 |

| | | |
|---|---|---|
| | **Total** | $2,312.22 |
| | **Payments/Credits** | $0.00 |
| | **Balance Due** | $2,312.22 |