# Ruth Ann Hohl Law Office

P.O. Box 109
New Albany, Ohio 43054

| Phone # | (614) 775-0296 |
|---------|----------------|
| Fax #   | (614) 775-6192 |

rhohl3103@wowway.com

**Bill To**

Bell, Terrence and Megan
8481 Winchester Rd.
Carroll, OH 43112

**Invoice #**

418

**Date**

7/27/2012

| Item | Quantity | Description | Rate | Amount |
|------|----------|-------------|------|--------|
| Time F | 0.1 | 4-25-12  Reviewed and responded to Megan's e-mail regarding federal taxes. | 250.00 | 25.00 |
| Time F | 0.1 | 5-15-12  E-mail to Bethany Hamilton regarding 2011 tax debt and clients' chapter 13 plan. | 250.00 | 25.00 |
| Time F | 0.2 | 5-21-12  Telephone conference with Megan regarding leased vehicles and replacement alternatives. | 250.00 | 50.00 |
| Time F | 0.3 | 5-25-12  Reviewed and responded to Megan's e-mail regarding legal malpractice claim (.2).  E-mail to attorney E. Probst requesting information (.1). | 250.00 | 75.00 |
| Time F | 0.5 | 5-25-12  Prepared Application and affidavit to Employ Counsel (.4).  E-mailed affidavit to E. Probst with instructions (.1). | 250.00 | 125.00 |
| Time F | 0.4 | 5-25-12  Amended Schedules B & C to update for legal malpractice claim (.3).  Sent documents to clients to review and sign with instructions (.1). | 250.00 | 100.00 |
| Fax | 4 | | 2.00 | 8.00 |
| Time F | 0.3 | 5-25-12  Telephone call from Megan regarding asset and exemption issues. | 250.00 | 75.00 |
| Time F | 0.2 | 5-29-12  Prepared Exhibit #2 for Motion to Employ (no charge). | 0.00 | 0.00 |
| Time F | 0.1 | 5-29-12  E-mail to AUSA, B. Hamilton, regarding IRS tax claim. | 250.00 | 25.00 |
| Time F | 0.1 | 6-1-12  Reviewed and responded to Megan's e-mail regarding claim settlement. | 250.00 | 25.00 |
| Time F | 0.1 | 6-7-12  Reviewed and responded to Megan's e-mail. | 250.00 | 25.00 |
| Time F | 0.1 | 6-14-12  E-mail to attorney, E. Probst, regarding terms of settlement of Debtor's malpractice claim. | 250.00 | 25.00 |
| Time F | 0.1 | 6-14-12  Telephone conference with E. Probst regarding Motion to Approve Settlement issues. | 250.00 | 25.00 |
| Time F | 0.2 | 6-19-12  Prepared Order to Employ Counsel for Special Purpose. | 250.00 | 50.00 |
| Time F | 0.6 | 6-20-12  Prepared Motion to Settle Malpractice claim. | 250.00 | 150.00 |
| Time F | 0.4 | 6-25-12  Telephone conference with Megan regarding taxes, employment, plan payment, and car loan issues. | 250.00 | 100.00 |
| Time F | 0.2 | 7-24-12  Prepared Order Authorizing Malpractice Settlement. | 250.00 | 50.00 |
| Time F | 0.3 | 7-25-12  Prepared Application for Additional Fees | 250.00 | 75.00 |
| Discount | | | -33.01 | -33.01 |

| | |
|---|---|
| **Total** | $999.99 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $999.99 |